JUAN COLÓN GONZÁLEZ, demandante y apelado, *v.* EDUARDO MÉNDEZ, demandado y apelante.

No. 5243.—*Sometido:* Febrero 10, 1931. *Resuelto:* Febrero 27, 1931.

J. *Alemañy Sosa,* abogado del apelante; *José Veray, Jr.,* abogado del apelado.

EL JUEZ ASOCIADO SEÑOR HUTCHISON, emitió la opinión del tribunal.

El demandado en una acción por daños personales apela de una sentencia adversa y alega que la corte de distrito co-

metió error: al declarar sin lugar una moción de *nonsuit;* al resolver que el accidente se debió a la negligencia del demandado; al negarse a darle valor a una carta de descargo (*release*) otorgada por el demandante en favor del demandado; al resolver que el demandante no fué culpable de negligencia contribuyente y al dictar sentencia en contra del demandado con costas y honorarios de abogado para el demandante.

La carta de descargo fué otorgada unas dos semanas después del accidente. En aquel entonces el demandante estaba recluído en cama y continuó así por espacio de dos meses o más. No sabía leer ni escribir y en el momento del supuesto convenio no le fué posible poner su marca en el mismo sin la ayuda de otra persona. El juez de distrito declaró que la carta de descargo había sido obtenida mediante fraude, falsas representaciones y engaño y fué también de opinión que la causa (*consideration*) del mismo era inadecuada. Concurrimos con este criterio. No hubo conjunción de voluntades y por tanto no hay contrato o convenio que pueda hacerse valer.

Si bien hay motivos para argumentar si el demandante fué o no culpable de negligencia contribuyente, no alteraremos la conclusión de la corte de distrito a este respecto.

Las otras contenciones claramente carecen de mérito.

*La sentencia apelada debe ser confirmada.*